IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ALBERTO SANTOS, INC.

CASE NO. 76-00312 ESL

Chapter 7

FILED & ENTERED ON 5/25/2006

Debtor(s)

ORDER

The application for payment of unclaimed funds to claimant, filed by US FIDELITY & GUARANTY CO., for the amount of $20,938.72 (docket entry #9) is hereby granted.

San Juan, Puerto Rico, this 25 day of May, 2006.

ENRIQUE S. LAMOUTTE INCLAN
U. S. Bankruptcy Judge

C: DEBTOR(S)
WILLIAM H. BECKERLEG
HANS xLOPEZ STUBBE
US FIDELITY & GUARANTY CO.
C/O ST PAUL TRAVELERS COMPANIES
UST
FINANCE DEPT.