IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 76-00312 ESL

JOSE ALBERTO SANTOS, INC.   Chapter 7

FILED & ENTERED ON 6/7/2006

Debtor(s)

ORDER

The application for payment of unclaimed funds to claimant, filed by VENT ALARM CORP. (FKA ARCHITECTURAL METAL), for the amount of $43.24 (docket entry #7) is hereby granted.

San Juan, Puerto Rico, this 07 day of June, 2006.

ENRIQUE S. LAMOUTTE INCLAN
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    WILLIAM H. BECKERLEG
    HANS xLOPEZ STUBBE
    VENT ALARM CORP. (FKA ARCHITECTURAL METAL)
    JOHN J. MARSHALL (JM PARTNERS LLC)
    UST
    FINANCE DEPT.