**ST PAUL TRAVELERS**

St. Paul Travelers
Financial Controls
102P
385 Washington Street
St. Paul, MN 55102
800-328-2189
www.stpaultravelers.com

FILED MAIL
2006 OCT 23 PM 12: 30
FOR THE DISTRICT OF PUERTO RICO

October 16, 2006

United States Bankruptcy Court
District of Puerto Rico
US Post Office and Courthouse Bldg.
300 Recinto Sur Street, Suite #109
Old San Juan, Puerto Rico 00901

Re: Unclaimed Funds
　　　Case No.: 76-00312-ESL7
　　　Debtor: Jose Alberto Santos, Inc.
　　　Chapter 7

Dear Sir/Madam:

Our records show that on January 11, 2006, we filed a claim with you regarding the above mentioned unclaimed funds. The accompanying forms, etc. were signed by Mr. Paul Munson of our company.

To date we have had no response from you. Could you please advise the status of this request?

Thank you.

Sincerely,

Deb Casperson
Corporate Accountant
Phone: 651-310-7120
Fax:　　651-310-7566
DCASPERS@stpaultravelers.com